**Order entered November 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01350-CV

### HARSHAL S. PATEL, Appellant

### V.

### PLAINSCAPITAL BANK, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14216**

## ORDER

We **DENY** as moot appellee's motion to dismiss the appeal.


/s/    CAROLYN WRIGHT
       CHIEF JUSTICE